Keith J. Scherer, #6257838
**THE LAW OFFICE OF KEITH J. SCHERER, PC**
350 S. Northwest Highway #324
Park Ridge, IL  60068
Tel:  (773) 485-8882
Fax: (872) 394-5434

Attorney for Defendant, ERIC LESLIE


Kevin P. Rooney, Of Counsel #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Local Counsel for Defendant, ERIC LESLIE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ERIC LESLIE,<br><br>            Defendant. | CASE NO.  1: 19 CR 10 DAD<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>DATE: August 10, 2021<br>COURT. Hon. Dale A. Drozd |

DEFENDANT'S SENTENCING MEMO

Eric Leslie, through counsel, submits this memorandum seeking a sentence to the mandatory minimum instead of the low-end sentence recommended by the Government and Probation.

The particular circumstances warranting such a sentence relate to Mr. Leslie's full and immediate cooperation with law enforcement, which extended not only to waiving his rights and agreeing to speak candidly with agents when they entered his home, but also to giving consent to seize and search his possessions and devices, and his long-standing offer to work undercover.  In the context of horrendous crimes like the sexual victimization of children, the degree of cooperation Mr. Leslie is crucial, and additional leniency he seeks promotes this goal.

Unlike many —most— defendants receiving the benefit of a deal, Mr. Leslie didn't merely wait until he could get points, where he would have had something tangible and certain to gain from compliance. He provided assistance when there was nothing but amends to make and a dim hope he would be granted a degree of mercy.

A low-end sentence is generous, and Mr. Leslie doesn't take it for granted by any means, but in this case the degree of mercy should, in the interest of justice, go beyond the granting of a low-end sentence.

It's not merely that justice would be served by such a sentence. The additional relief supports the goal of general encouragement: society and law enforcement would much rather have suspects cooperate fully and immediately and offer to help agents snag those engaged in similar criminal activity, than wait until there was no other way to get a deal done. This encouragement is particularly desirable and important when it comes to preventing further sexual victimization of children. Put another way, there should be a stick-and-carrot approach to deterrence, and the relief Mr. Leslie is asking for is the suitable carrot available to the Court.

Mr. Leslie committed atrocious crimes. His cooperation, followed by his spotless behavior awaiting trial, demonstrates his desire to make things right the best he can. His punishment, whatever it might be, will not adequately balance the scales of justice or heal the victims, but it will serve a societal good. A sentence to the mandatory minimum will also serve a societal good (carrot-as-encouragement). Of lesser concern is a personal reward to Mr. Leslie, but it's fair to separate him from stubborn and dilatory defendants who wait it out, take their points, ultimately receive a low-end sentence.

Dated:  August 10, 2021

/s/Keith Scherer
Keith Scherer
Counsel for Defendant

December 23, 2020

The Honorable Dale A. Drozd
United States District Court Judge
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA 93721

Subject: Request for Leniency for Eric Leslie

Dear Judge Drozd:

I am a small animal Veterinarian, and have served the community of Oak Park, IL for 8 years. More importantly, I am Eric's younger sister, and I am writing to ask for your leniency in his sentencing. I have been very close to my brother our entire life, and to say that Eric's actions shocked me would be an understatement. He has been nothing short of an amazing big brother to me since the day I was born, as well as a brother-figure to all of my friends growing up. He is one of the most kind and compassionate people that I know. He would visit me during college and vet school and always made sure he could help me and my friends by doing whatever he could to take away some of the stress in our lives with stories, jokes and a smile. He would help walk our dogs, drop food off for us, and just be there as a shoulder to lean on. I have discussed this situation with my closest friends, those who really know my brother and spent time with us, and each and every one was as caught off-guard as the next. He has never made anyone in my life uncomfortable or been inappropriate. This was truly a deeply hidden and limited part of him that none of us ever saw or experienced.

Growing up as his little sister, I always had an advantage coming in to a new school or social setting. People knew my brother and respected him. I was always lucky to have a teacher in common with him as they were so fond of him. That made a lot of transitions a little easier. I also had the benefit of a group of older peers always keeping an eye out for me, just because I was Eric's little sister.

Prior to his arrest, Eric was on his final weeks of completing his nursing degree near the top of his class. It took him a little time to figure out what career would make him happy. When he did land on nursing after being a paramedic and realizing his love of medicine and helping people, I knew he had found something that would fulfill him and he would be proud of. He has always been one to help people and enjoys nothing more than seeing people laugh and smile. While he was working full time through nursing school, he also worked as an overnight aid for an elderly man. When he would come home after those nights, he would show us pictures of the two of them bonding over a new game of cards or a gameshow, and the smiles on both of their faces was contagious. He was so happy to be a part of that man's life, helping him and making a difference for him. I know he would have been a phenomenal nurse, and I am so sad that he has lost that opportunity as I do feel the community would have benefited greatly from his kindness and intelligence in that setting.

I am expecting a baby girl in January, 2021. The topic of child pornography is of course a trigger for me, and we all understand the serious and heartbreaking nature of his actions. My brother has expressed his deepest condolences, embarrassment, and regret for his actions to our family and to his friends. I know he is truly sorry, accepts full responsibility, and wants to make amends. While it will take much more than just saying how sorry he is to mend this situation, when someone is truly sorry for their actions and

does take accountability for the hurt and damage they have caused, I do think that is the most important transformation someone can begin to make. He started seeing a therapist while he was awaiting his sentencing, and I know he will continue to work on himself and get help during and after his sentence is complete. I know he did not mean to hurt anyone, and he will forever struggle with the previous decisions he made.

If there is any way for you to provide leniency for Eric, I want to assure you of my personal commitment to being there for him while he serves his time and afterwards, to help him however I can as he rebuilds his life. I love my brother very much, that has not changed. He has a very strong support network to come home to, and we will be here to help him and guide him going forward.

Sincerely,

*Traci Lazar DVM*

Traci Lazar D.V.M.

October 14, 2020

The Honorable Dale A. Drozd
United States District Court Judge
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA  93721

Regarding: U.S. v. Eric Leslie

Dear Judge Drozd:

I am Eric Leslie's father and am writing this letter to share with you my observations about our son and to request leniency on his behalf.  I want to start by letting you know how much I love him, care about his well-being, and remain committed to helping him throughout this difficult period and after he completes his restitution.  He is a good person who did a bad thing for which he immediately and consistently expressed responsibility, guilt, and remorse without trying to blame someone or something else.  When he is no longer confined, we are willing and committed to welcome him back without reservation and work with him to fully recover and create a positive, meaningful role for himself for the rest of his life.  We also have the full support of his extended family of aunts, uncles, and cousins as well as his good friends as we all navigate this unknown territory with courage and hope.

Kathy is writing you her own letter in her way, and having read it, I am fully in agreement with her sentiments and examples, so I won't repeat them here.  I just want to give you my own take on a few aspects of his life and person that are intended to balance some of the damning information you have in front of you.  Sunshine is the best disinfectant, and this is now in the bright sunshine.  In addition to shame and guilt he expressed when he was arrested at our home, I believe Eric felt a sense of relief that the hidden behavior was finally out in the open.  That small, hidden part of him is now exposed and can be expunged with guidance and help.  The vast majority of Eric is not that hidden part, but is a caring, worthwhile person to celebrate and encourage all along the way.

In one of the more hopeful and heartwarming aspects of the past 21 months, we got to experience continuously and closely his gentle and considerate behavior during the one-year period of his strict incarceration at our home.  First, we did not hesitate to welcome him back to our home under those serious restrictions, though the risks were unknowable.  It turns out he really was the same person we love and know well.  Both his mother and I spent numerous hours each day with him as he engaged willingly in productive work around the house for me, became an excellent "sous-chef" to his mother, and relaxed with us during card games, board games, crossword puzzles, jigsaw puzzles, music, and evenings watching television together.  He never once complained to us about his situation, and he accepted full responsibility for his actions.

Eric is a gentle soul with a good heart who cares deeply for others.  I have seen and experienced these traits personally and would like to provide a couple examples that illustrate these qualities.  The first example occurred as we took the subway to a pre-trial status appointment in Chicago last year.  As we sat on the train, a young woman across the aisle experienced a life-threatening grand mal seizure.  While I had no real clue what was going on, Eric did.  Recognizing the severe seizure symptoms, he immediately went over to her to administer the right kind of help based on his paramedic skills and

nursing student diagnostics capabilities. He told us to notify the train crew to stop due to a medical emergency, and he tended to her as we stopped at the next station awaiting arrival of paramedics. He was with her as she regained consciousness and became intensely frightened and dis-oriented, explaining to her in clear and kind terms where she was, what was happening to her, and keeping her calm until Chicago paramedics arrived to take her to the hospital. All this while he was facing his own issues and concerns. I was immensely proud of him for his choice to act and skill to do so effectively.

Another example was his approach to helping a fellow nursing student who was experiencing serious depression and anxiety over the stresses of their challenging 3-year coursework at Chamberlain University College of Nursing. As a leader in his class and based on his years of experience in caregiving, he helped her through her crisis through a combination of compassion and information, helping her with her coursework and providing encouragement as she continued to struggle.

The love shared between all four grandparents and him was tearfully heartwarming to us over the years. An example from his early childhood –his sister and him running on the beach for about a quarter mile from our rental condo on the beach in Florida to his grandparent's condo, holding her hand, protecting her, and making sure the two of them got from one place to the next successfully, embraced by the grandparents on one end, then embraced by the parents on the return. That spirit of independence and caring remains a key aspect of his essence. There are similar instances with my parents in Cleveland, including walks with his grandmother and playing catch and riding the lawnmower with his grandfather. These simple, mundane events shaped him and showed all of us the warmth and unique spirit he has.

When he was in high school and wanted a car of his own, instead of asking for money from us, he chose to work at a menial job as a nighttime janitor for a church to pay for it. He chose this approach to other decisions as well, taking whatever gainful employment he could get to pay his own way.

Eric and I spent countless hours working on his skills together as he grew up participating in sports (baseball, gymnastics, wrestling), and we were together extensively for meetings and trips in boy scouts and Indian scouts. We have had a close relationship throughout his life, and I am saddened that I didn't see this hidden part of him before now. But from day one until today, the rest of him, though imperfect, has been fundamentally good as I have observed with his relationships with his mother, sister, aunts, uncles, cousins, grandparents (both my parents and Kathy's parents), and friends.

If you can find a way to provide leniency, we promise to continue to help him going forward for as long as it takes. Courage and hope are much more powerful than anger and despair. Kindness, love, courage, and hope is the path we are choosing. Thank you for your consideration.

Sincerely,

Neil P. Leslie

October 15, 2020

The Honorable Dale A. Drozd
United States District Court Judge
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA 93721

Regarding: U.S. v. Eric Leslie

Dear Judge Drozd:

I am writing this letter today on behalf of my son, Eric Leslie.

To say that his circumstances have been devastating is an understatement. Since the day of his arrest, our lives have been changed forever. Our family is broken – our hearts are broken.

This is the same person who, as a little boy, would make me a cup of tea when I was sick; the same boy we watched play little league baseball and participate in gymnastics; the same young man who was visiting me at the hospital almost daily after I had a brain aneurysm seven years ago. How can that be?

During news reports, I always rolled my eyes when I heard relatives or friends of people who were arrested say "this isn't the person I know." Dear God, now I know exactly what they mean.

Eric is not a perfect person. He has struggled to find his path in life. He has good friends who encouraged him to become an emergency medical technician and paramedic. His supervisor at the emergency room at the hospital where he worked encouraged him to get his nursing degree. He was eight months away from graduating with high grades and we truly believed he had found his purpose.

How can this be the same person that would do these bad things? I will ask myself that question for the rest of my life.

We all know that good people can do bad things, but I truly believe that Eric has a good, kind heart. I don't know what happened inside his brain during that time of his life, but I know how remorseful he is for his behavior.

I am asking you today to please show leniency in his sentencing. Please give us the chance to get him the help he needs to get his head straight. He needs to understand his behavior as much as we do. We can and will get him the therapy he needs – for as long as it takes – to help him get his life back on track. Please give us the opportunity to do that.

I know that you are aware that the recidivism rate in these cases is very low, so I'm asking you to please rule in favor of rehabilitation over years of incarceration. His friends and family will be there to support him every step of the way – whatever your ruling.

Sincerely,

*Kathleen Leslie*

Kathleen Leslie

Hon. Dale A. Drozd;

My name is Dorothy Leslie also known as Aunt Dee, and I have been Eric Leslie's aunt for 37 years. We had fun together early on, and became very close as the years progressed.

Eric was always a really smart kid – he could repair any engine at a really young age. He was also very curious. He and his grandmother would always go on hikes to the railroad tracks together. He even had his own walking stick! I still have some of the artifacts they brought back.

He was always very kind and respectful to his grandparents, especially in their later years. He never laughed at their expense. He was always very helpful and patient with them, and was always happy to do things for his grandmother once she was alone and aging even more. When he stayed with us, he was always willing to lend a hand with whatever needed to be done. In guys or girls in their teens and twenties, that is often unheard of. We took him water skiing and tubing. He and his sister had a great time when they would visit us. When my ex-husband and I visited him, he was always interested in going places with us and hanging out with us. We were the cool aunt and uncle! We even lent him our BMW one night so he could show off to his friends. We totally trusted him.

He is so funny, which made him such a great candidate for EMS and ER careers. He could, and did, handle the stressful situations with humor as many do in that environment. He shared some stories with us that really made us laugh. He is not judgmental or angry, and I know I could trust him if I were in an emergency situation.

Most people in his current situation say they are remorseful, and the majority of us believe they are remorseful that they got caught. I truly believe Eric is remorseful while thankful he got caught. He got in this cycle, and did not know how to get himself out. Now, he has been able to get the help he needed to get out of this vice, this weakness that was not of his character.

I believe he is sincere in wanting to correct his behavior. I ask you for leniency in his case. Given the chance, whatever Eric does in the future, he is going to make it count. He is not a slug. He will not just tell you what you want to hear. He is sincere. I beg of you, please try to understand the kind of person he truly is. He is bright, loving, caring, sensitive, and imperfectly human – just like the rest of us. He made a grave mistake for which he has been paying dearly. I for one will make sure to be there for Eric and do what is necessary to help him. I love him dearly and believe he is best served with his family to love him and help him to keep his will steady and strong. Again, I ask for leniency.

Most Sincerely,

Dorothy Leslie


10-20-20

Eric Leslie is my nephew, the son of my brother Neil. Although we live many miles apart, we are very close.

Eric has always been a sweet, loving, kind child, with a smile on his face everytime you see him. He has always been polite and respectful to his elders.

He was very supportive when my parents died and helped me through those most difficult times.

He never has a negative word to say, about or to anyone.

I am requesting for leniency/mercy for Eric, as I know he is remorseful for his behavior. He is in earnest to lead a better life and deserves a second chance. I will do everything I can to support him and help him continue to stay in the right direction.    Joanne Leslie   10-18-2020

October 20, 2020

The Honorable Dale A. Drozd
U.S. District Court, Eastern District of California
Robert E. Coyle United States Courthouse
2500 Tulare Street, Courtroom 5, 7th Floor
Fresno, CA 93721

Re: Eric Leslie

Dear Judge Drozd,

My name is Francisco Novilla and I live in a suburb of Cleveland, Ohio. I am Eric's uncle and have known him for the past 30 years. I would see Eric two to three times a year either in Chicago or Cleveland and always looked forward to our time together. I would like to share some information with you about the Eric that I know and love.

During one of our visits to Chicago when Eric was old enough to drive, he asked if he could take the BMW we were driving to meet up with some of his high school friends. Of course, his parents said no. Because of the respect I had gained for Eric and because I knew how responsible he was at that age, I threw him the keys and said "just be home by your curfew". Sure enough, he was home on time and the car did not have a scratch on it.

Another time when we were visiting Eric and his family in Chicago, I woke up one morning and was unable to walk due to an issue with my right foot. Eric was very helpful in getting me into the car and taking me to the ER in the hospital where he was working. After getting my diagnosis of severe tendonitis in my foot and having to use crutches, everyone wanted to go to downtown Chicago to walk around. I was walking slowly since I was using crutches. Eric was very patient and compassionate with me. He stayed at my side the whole time making sure I did not have any difficulties.

I also observed his nurturing and compassionate nature while his family was visiting with his grandparents in Cleveland. They were older and had a lot of medical issues, including dementia. He was very patient with them and worked with them, and I think this helped him turn toward the medical field.

Eric really found his calling when his mother had life threatening medical issues while on a bike path. I think this was the reason he finally decided to go to nursing school.

I have had numerous experiences with Eric that illustrate the caring, considerate, compassionate and educated person he is. But the fact is, he participated in something unlawful, for which he has expressed guilt and remorse. I am not sure what led him down that path, but I can assure you the person I have known for all these years is a fundamentally good person who made some serious mistakes.

I come from a strong Roman Catholic background and believe forgiveness is very important. I had a chance to speak to Eric after he was in "lock up", and the first thing I asked him was if he was able to forgive himself. He said it took him a long time to be able to look at himself in the mirror. People do deserve a second chance in life, and I think that Eric is one of these people. I am also certain that counseling would benefit him so that he can deal with the struggles that took him down that dark path.

I know that Eric's life has been changed and it will never be the same again, but I am asking for your leniency in his sentencing. He is a good, caring and humble person, who I am certain will become a better person and a better citizen if given a second chance.

Sincerely,

Francisco O. Novilla